THORNTON DAVIDSON, #166487
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:     (559) 256-9800
Facsimile:      (559) 256-9795
e-mail:thornton@erisalg.com

Attorney for Plaintiffs, JONATHAN NICHOLAS ALEXANDER,
individually and as personal representative for the ESTATE OF JONATHAN ALEXANDER,
and AMBER DAWN ALEXANDER, by and through her Guardian Ad Litem,
JONATHAN NICHOLAS ALEXANDER,

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS ALEXANDER individually and as personal representative for the ESTATE OF JONATHAN ALEXANDER, and AMBER DAWN ALEXANDER, by and through her Guardian Ad Litem, JONATHAN NICHOLAS ALEXANDER,<br><br>                    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, a State of California agency; ARNOLD SCHWARTZENEGGER, Former Governor of California, in his individual and official capacities; DEUEL VOCATIONAL INSTITUTION (DVI), a State of California prison; MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation, in his individual and official capacities; S.M. SALINAS, Warden of Deuel Vocational Institution, in her individual and official capacities; Correctional Officers J. REY, J. CERDA, F. ALONSO, M. FLESCH, R. ULLRICH, C. WILSON, and J. SILK, individually and in their official a capacities as Correction Officers; Sgt. C. JOHNSON, individually and in his official capacity as Correctional Squad Sergeant; Lts. R. MUNOZ and H. JOHNSON, individually and in their official capacities; A. OGBODO, R.N., individually and in his official capacity as Registered Nurse for the CDCR; C. GALANIS, R.N., individually and in his official capacity as Registered Nurse for the CDCR;<br><br>and DOES 1 through 150, inclusive,<br><br>                    Defendants. | Case No.: 2:11-cv-00640-MCE-EFB<br><br>**ORDER FOR THE APPOINTMENT OF JONATHAN NICHOLAS ALEXANDER AS GUARDIAN AD LITEM FOR AMBER DAWN ALEXANDER** |

GOOD CAUSE APPEARING by and through the Application for Appointment of Guardian *ad Litem* on behalf of AMBER DAWN ALEXANDER, and declaration of Thornton Davidson submitted in support of said Application, the Court finds that it is reasonable and necessary to appoint JONATHAN NICHOLAS ALEXANDER, as a Guardian *ad Litem* for AMBER DAWN ALEXANDER, an incapacitated/incompetent person.

THE COURT ORDERS that JONATHAN NICHOLAS ALEXANDER is hereby appointed Guardian *ad Litem* as requested per the Application seeking Appointment of Guardian *ad Litem* for purposes of this litigation.

*Dated:  March 18, 2011*

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE