THORNTON DAVIDSON, #166487
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:    (559) 256-9800
Facsimile:    (559) 256-9795
e-mail:thornton@erisalg.com

Attorney for Plaintiffs, JONATHAN NICHOLAS ALEXANDER,
individually and as personal representative for the ESTATE OF JONATHAN ALEXANDER,
and AMBER DAWN ALEXANDER, by and through her Guardian Ad Litem,
JONATHAN NICHOLAS ALEXANDER,

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS ALEXANDER individually and as personal representative for the ESTATE OF JONATHAN ALEXANDER, and AMBER DAWN ALEXANDER, by and through her Guardian Ad Litem, JONATHAN NICHOLAS ALEXANDER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, a State of California agency; ARNOLD SCHWARTZENEGGER, Former Governor of California, in his individual and official capacities; DEUEL VOCATIONAL INSTITUTION (DVI), a State of California prison; MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation, in his individual and official capacities; S.M. SALINAS, Warden of Deuel Vocational Institution, in her individual and official capacities; Correctional Officers J. REY, J. CERDA, F. ALONSO, M. FLESCH, R. ULLRICH, C. WILSON, and J. SILK, individually and in their official a capacities as Correction Officers; Sgt. C. JOHNSON, individually and in his official capacity as Correctional Squad Sergeant; Lts. R. MUNOZ and H. JOHNSON, individually and in their official capacities; A. OGBODO, R.N., individually and in his official capacity as Registered Nurse for the CDCR; C. GALANIS, R.N., individually and in his official capacity as Registered Nurse for the CDCR;<br><br>and DOES 1 through 150, inclusive,<br><br>　　　　　　　Defendants. | Case No.:2:11-CV-00640-MCE-EFB<br><br>**REQUEST TO APPEAR TELEPHONICALLY**<br><br>**RE: MOTION TO WITHDRAW AS ATTORNEY OF RECORD FILED NOVEMBER 15, 2011**<br><br>Date:  December 15, 2011<br>Time:  2:00p.m.<br>Crtrm:7<br>**Judge: Morrison C. England, Jr.**<br><br>**Complaint Filed: March 8, 2011** |

1  Thornton Davidson, counsel for plaintiffs JONATHAN NICHOLAS ALEXANDER
2  individually and as personal representative for the ESTATE OF JONATHAN ALEXANDER,
3  and AMBER DAWN ALEXANDER, by and through her Guardian Ad Litem JONATHAN
4  NICHOLAS ALEXANDER, who has filed his MOTION TO WITHDRAW AS ATTORNEY OF
5  RECORD PURSUANT TO LOCAL RULE 182(d) AND RULE 3-700(C)(6) OF THE
6  CALIFORNIA RULES OF PROFESSIONAL CONDUCT, does hereby respectfully request that this
7  court permit him to appear telephonically at the hearing on his motion.

8  The hearing on the Motion to Withdraw is set for December 15, 2011 at 2:00 p.m. in
9  Courtroom 7 before the Honorable Morrison C. England, Jr. This request is made on the grounds that
10 Plaintiff's counsel maintains his office in the City of Fresno, California, a distance of approximately
11 200 miles from the courthouse.

12 Should this court permit counsel to appear telephonically, the court should direct its call to
13 (559) 256-9800 ext. 230.  Counsel's office does not have direct telephone numbers, therefore the call
14 will be transferred by the firm's receptionist.

16 Dated: November 28, 2011                                   Respectfully Submitted,

18                                                            /s/ Thornton Davidson
                                                              THORNTON DAVIDSON
19                                                            Attorney for Plaintiffs

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**ORDER**

Based on a showing of good cause, counsel Thornton Davidson's request to appear telephonically at the hearing of his Motion to Withdraw as Attorney of Record is hereby granted. The courtroom deputy clerk will initiate the telephone call 5-10 minutes prior to the scheduled hearing by calling counsel at 559-256-9800 ext. 230.

IT IS SO ORDERED.

Dated:  December 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE