1 | THORNTON DAVIDSON, #166487
2055 San Joaquin Street
2 | Fresno, California 93721-2717
Telephone:     (559) 256-9800
3 | Facsimile:     (559) 256-9795
e-mail:thornton@erisalg.com
4

5 | Attorney for Plaintiffs, JONATHAN NICHOLAS ALEXANDER,
individually and as personal representative for the ESTATE OF JONATHAN ALEXANDER,
6 | and AMBER DAWN ALEXANDER, by and through her Guardian Ad Litem,
JONATHAN NICHOLAS ALEXANDER,
7

8
UNITED STATES DISTRICT COURT FOR
9
THE EASTERN DISTRICT OF CALIFORNIA
10

11 | JONATHAN NICHOLAS ALEXANDER individually) Case No.:2:11-CV-00640-MCE-EFB
and as personal representative for the ESTATE OF)
12 | JONATHAN ALEXANDER,                        ) **REQUEST TO APPEAR**
and AMBER DAWN ALEXANDER,                     ) **TELEPHONICALLY**
13 | by and through her Guardian Ad Litem,       )
JONATHAN NICHOLAS ALEXANDER,                  ) **RE: MOTION TO WITHDRAW**
14 |                                             ) **AS ATTORNEY OF RECORD**
                    Plaintiff,                 ) **FILED NOVEMBER 15, 2011**
15 | v.                                          )
                                               ) **Date:  December 15, 2011**
16 | CALIFORNIA DEPARTMENT OF CORRECTIONS )        **Time:  2:00p.m.**
AND REHABILITATION, a State of California      ) **Crtrm:7**
17 | agency; ARNOLD SCHWARTZENEGGER, Former )      **Judge: Morrison C. England, Jr.**
Governor of California, in his individual and official )
18 | capacities; DEUEL VOCATIONAL INSTITUTION )
(DVI), a State of California prison; MATTHEW   )
19 | CATE, Secretary of the California Department of )
Corrections and Rehabilitation, in his individual and ) **Complaint Filed: March 8, 2011**
20 | official capacities; S.M. SALINAS, Warden of Deuel )
Vocational Institution, in her individual and official )
21 | capacities; Correctional Officers J. REY, J. CERDA, )
F. ALONSO, M. FLESCH, R. ULLRICH, C.          )
22 | WILSON, and J. SILK, individually and in their )
official a capacities as Correction Officers; Sgt. C. )
23 | JOHNSON, individually and in his official capacity as)
Correctional Squad Sergeant; Lts. R. MUNOZ and H. )
24 | JOHNSON, individually and in their official   )
capacities; A. OGBODO, R.N., individually and in his)
25 | official capacity as Registered Nurse for the CDCR; )
C. GALANIS, R.N., individually and in his official )
26 | capacity as Registered Nurse for the CDCR;    )
                                               )
27 | and DOES 1 through 150, inclusive,           )
                                               )
28 |                     Defendants.              )

1    Thornton Davidson, counsel for plaintiffs JONATHAN NICHOLAS ALEXANDER

2  individually and as personal representative for the ESTATE OF JONATHAN ALEXANDER,

3  and AMBER DAWN ALEXANDER, by and through her Guardian Ad Litem JONATHAN

4  NICHOLAS ALEXANDER, who has filed his MOTION TO WITHDRAW AS ATTORNEY OF

5  RECORD PURSUANT TO LOCAL RULE 182(d) AND RULE 3-700(C)(6) OF THE

6  CALIFORNIA RULES OF PROFESSIONAL CONDUCT, does hereby respectfully request that this

7  court permit him to appear telephonically at the hearing on his motion.

8    The hearing on the Motion to Withdraw is set for December 15, 2011 at 2:00 p.m. in

9  Courtroom 7 before the Honorable Morrison C. England, Jr. This request is made on the grounds that

10  Plaintiff's counsel maintains his office in the City of Fresno, California, a distance of approximately

11  200 miles from the courthouse.

12    Should this court permit counsel to appear telephonically, the court should direct its call to

13  (559) 256-9800 ext. 230.  Counsel's office does not have direct telephone numbers, therefore the call

14  will be transferred by the firm's receptionist.

15

16  Dated: November 28, 2011                          Respectfully Submitted,

17

18                                                   /s/ Thornton Davidson
                                                     THORNTON DAVIDSON
19                                                   Attorney for Plaintiffs

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1

**ORDER**

2      Based on a showing of good cause, counsel Thornton Davidson's request to appear

3   telephonically at the hearing of his Motion to Withdraw as Attorney of Record is hereby granted.

4   The courtroom deputy clerk will initiate the telephone call 5-10 minutes prior to the scheduled

5   hearing by calling counsel at 559-256-9800 ext. 230.

6

7      IT IS SO ORDERED.

8   Dated:  December 8, 2011

9

10      MORRISON C. ENGLAND, JR.
        UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28