UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS ALEXANDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., <br><br> Defendants. | No. 2:11-cv-00640-TLN-CKD <br><br> **ORDER** |

This action arises out of the death of Plaintiffs' father while he was incarcerated. On March 21, 2011, Plaintiff Jonathan Alexander was appointed as guardian ad litem to represent the interests of his sister, Plaintiff Amber Alexander, an incompetent person presently confined to a mental institution. (Order, ECF No. 9.) At the time of appointment, Plaintiffs were represented by counsel in this action. On April 23, 2012, this Court granted a motion to withdraw made by Plaintiffs' counsel. (Order, ECF No. 37.) On April 27, 2012, David Springfield was appointed as counsel for Plaintiffs. (Order, ECF No. 42.) After failing to respond to this Court's orders and for the reasons stated on the record at the September 5, 2013, hearing, David Springfield was relieved as appointed counsel. (Minute Order, ECF No. 48.)

1

Jeff Dominic Price is now selected from the Court's pro bono attorney panel as substitute counsel to represent Plaintiffs, and he has accepted the appointment. Plaintiffs' counsel shall be permitted to seek reimbursement of costs in accordance with the provisions of General Order No. 510.

Therefore, it is HEREBY ORDERED:

1. Appointed counsel, Mr. Price, shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

2. The Clerk of the Court is directed to serve a copy of this order upon David Springfield, The Springfield Law Firm, 12896 Rices Crossing Road, Post Office Box 660, Oregon House, California 95962.

3. The Clerk of the Court is directed to serve a copy of this order upon appointed counsel for Plaintiffs, Jeff Dominic Price, 1512 16th Street, Suite 2, Santa Monica, California 90404, (310) 451-2222, jeff.price@mac.com.

4. Mr. Springfield is ordered to provide all client files and materials related to this action to Mr. Price as soon as possible.

5. Counsel for Plaintiffs, Mr. Price, is ordered to appear at the September 19, 2013, hearing at 2 p.m. to provide a status of the case, including, but not limited to, confirming whether service has been effected and if so, to file proofs thereof. If Mr. Price wishes to appear telephonically, he should submit a request pursuant to this Court's online procedures available here
http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/50201/.

**IT IS SO ORDERED.**

Dated: September 10, 2013

Troy L. Nunley
United States District Judge

2