Jeff Dominic Price | SBN 165534
1512 16th Street, Suite 2
Santa Monica, California 90404
Tel. 310.451.2222
Fax 310.728.1705
jeff.price@mac.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS ALEXANDER et al., | No. 2:11-CV-00640-TLN-CKD |
| Plaintiffs, | ORDER ON REQUEST TO APPEAR TELEPHONICALLY AT SEPTEMBER 19, 2013, HEARING AT 2:00 P.M. |
| vs. | |
| STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION et al., | |
| Defendants. | |

GOOD CAUSE appearing,

IT IS ORDERED, that Jeff Dominic Price, attorney for Plaintiffs, may appear by telephone for the hearing set for September 19, 2013, at 2:00 p.m. The Clerk shall contact Mr. Price at (310) 463-6210.

Dated: September 13th, 2013

_____
Troy L. Nunley
United States District Judge

REQUEST TO APPEAR TELEPHONICALLY