Jeff Dominic Price | SBN 165534
1512 16th Street, Suite 2
Santa Monica, California 90404
Tel. 310.451.2222
Fax 310.728.1705
jeff.price@mac.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS ALEXANDER et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION et al., <br><br> Defendants. | No. 2:11-CV-00640-TLN-CKD <br><br> ORDER ON REQUEST TO APPEAR TELEPHONICALLY AT SEPTEMBER 19, 2013, HEARING AT 2:00 P.M. |

GOOD CAUSE appearing,

IT IS ORDERED, that Jeff Dominic Price, attorney for Plaintiffs, may appear by telephone for the hearing set for September 19, 2013, at 2:00 p.m. The Clerk shall contact Mr. Price at (310) 463-6210.

Dated: September 13th, 2013

_____
Troy L. Nunley
United States District Judge

REQUEST TO APPEAR TELEPHONICALLY