KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 445-2595
  Fax:  (916) 324-5205
  E-mail:  Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendants*
*M. Cate, J. Rey, California Department of Corrections and Rehabilitation, M. Flesch, S.M. Salinas, C. Galanis, J. Cerda, F. Alonso, A. Ogbodo, R. Ullrich, H. Johnson, J. Silk, C. Wilson, R. Munoz, J. Cerda, C. Johnson and J. Rey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JONATHAN NICHOLAS ALEXANDER individually and as personal representative for the ESTATE OF JONATHAN ALEXANDER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | 2:11-cv-00640 TLN CKD<br><br>**ORDER RE:  SECOND AMENDED COMPLAINT**<br><br>Judge:         The Honorable Troy L. Nunley<br>Trial Date:   Not Set<br>Action Filed: March 8, 2011 |

In light of the stipulation of the parties, and good cause appearing, it is ordered that Plaintiff is granted leave to file a Second Amended Complaint, that the Second Amended Complaint shall be filed by February 14, 2014, that counsel for Defendants M. Cate, J. Rey, California Department of Corrections and Rehabilitation, M. Flesch, S.M. Salinas, C. Galanis, J. Cerda, F. Alonso, A. Ogbodo, R. Ullrich, H. Johnson, J. Silk, C. Wilson, R. Munoz, J. Cerda, C. Johnson

1

and J. Reyshall accept service of the Second Amended Complaint by mail, and that a responsive pleading shall be due from Defendants M. Cate, J. Rey, California Department of Corrections and Rehabilitation, M. Flesch, S.M. Salinas, C. Galanis, J. Cerda, F. Alonso, A. Ogbodo, R. Ullrich, H. Johnson, J. Silk, C. Wilson, R. Munoz, J. Cerda, C. Johnson and J. Rey within twenty-one days of the service of the Second Amended Complaint.

Dated: February 4, 2014

Troy L. Nunley
United States District Judge