**Jeff Dominic Price | SBN 165534**
1512 16th Street, Suite 2
Santa Monica, California 90404
Tel. 310.451.2222
jeff.price@mac.com

**Attorney for Plaintiffs**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JONATHAN NICHOLAS ALEXANDER et al., | No. 2:11-CV-00640-TLN-CKD |
|---|---|
| Plaintiffs, | ORDER ON STIPULATION TO ENLARGE TIME FOR FILING OF SECOND AMENDED COMPLAINT |
| vs. | |
| STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION et al., | |
| Defendants. | |

GOOD CAUSE appearing,

IT IS ORDERED, that the time for filing the Second Amended Complaint is enlarged by four (4) days to February 18, 2014.

Dated: February 18, 2014

_____
Troy L. Nunley
United States District Judge

Presented by:
Jeff Dominic Price, Esq.
Attorney for Plaintiffs

1  -  ORDER