**Jeff Dominic Price** | SBN 165534
1512 16th Street, Suite 2
Santa Monica, California 90404
Tel. 310.451.2222
jeff.price@mac.com

**Attorney for Plaintiffs**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS ALEXANDER et al., | No. 2:11-CV-00640-TLN-CKD |
| Plaintiffs, | ORDER ON STIPULATION TO FILING OF THIRD AMENDED COMPLAINT AND TO VACATE MAY 8, 2014, HEARING ON MOTION TO DISMISS |
| vs. | |
| STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION et al., | |
| Defendants. | |

GOOD CAUSE appearing,

IT IS ORDERED, that the Plaintiffs may file a Third Amended Complaint by May 5, 2014, and that the May 8, 2014, hearing on the Motion to Dismiss the Second Amended Complaint is vacated.

Dated: April 29, 2014

_____
Troy L. Nunley
United States District Judge

Presented by:
Jeff Dominic Price, Esq.
Attorney for Plaintiffs

1  -  ORDER