UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS ALEXANDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., <br><br> Defendants. | No. 2:11-cv-00640-TLN-CKD <br><br> **ORDER** |

    This action arises out of the death of Plaintiffs' father ("the decedent") while he was incarcerated. The operative complaint alleges that the decedent was incarcerated by the California Department of Corrections and Rehabilitation ("CDCR") after being convicted of child molestation. (Third Am. Compl., ECF No. 91 at 2.) Plaintiffs allege that the CDCR and various government and prison officials permitted decedent to be housed in the same cell as an inmate named Lydon, who had previously been convicted of strangling his cellmate. Lydon confessed to strangling the decedent to death. Subsequently, Plaintiffs brought this action alleging claims for failure to protect, deprivation of due process and right to parent/child relationship, deliberate indifference to serious medical needs, supervisory liability pursuant to 42 U.S.C. § 1983, and

state claims for wrongful death and failure to furnish/summon medical care.  (ECF No. 91.)

On March 21, 2011, Plaintiff Jonathon Alexander was appointed as guardian ad litem to represent the interests of his sister, Plaintiff Amber Alexander, an incompetent person confined to a mental institution.  (Order, ECF No. 9.)  On September 12, 2013, this Court appointed Jeff Dominic Price as counsel to represent Plaintiffs.  (Order, ECF No. 50.)

The Court is in receipt of Mr. Price's ex parte request for pre-approval of expenditures submitted to the pro bono program administrator for the United States District Court, Eastern District of California.  After reviewing the request, the Court DENIES the request WITHOUT PREJUDICE.  It is not clear to the Court how the requested information is relevant to the parties in this action, relevant to the claims alleged, or relevant to the relief sought.  Additionally, Defendants Cate and Salinas have filed a motion to dismiss (ECF No. 94) which may narrow the claims and/or defendants in this action.

Counsel for Plaintiffs is free to resubmit his request to address the Court's concerns.  Such request should be submitted to the pro bono program administrator for the United States District Court, Eastern District of California.  If the information in the request contains privileged or purportedly confidential information, then counsel for Plaintiffs should so state.

**IT IS SO ORDERED.**

Dated: July 21, 2014

Troy L. Nunley
United States District Judge

2