IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jonathan N. Alexander et al.

Plaintiff(s)

vs.

CA Dept. of Corrections & Rehab. et al.

Defendants.

_____/

No. 2:11-CV-00640-TLN-CKD

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Jeff Dominic Price, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on September 12, 2013, by the Honorable Troy L. Nunley, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> It is necessary to travel to Portland, Oregon, to take the deposition of defendant Salinas, who is retired from the CDCR and lives and works in the Vancouver, Washington, area. She has requested that the deposition take place on a Saturday. We have arranged to take her deposition on August 2, 2014, in Portland, Oregon. Today, the airfare on Southwest Airlines is $213 plus $277. It is also necessary to rent a car to go to the deposition from the airport, at a cost of $130.00. Although I would also have to stay overnight, I am not requesting reimbursement for lodging. If these airfares are not available I will request reimbursement for the additional costs paid.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 620.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:11-CV-00640-TLN-CKD1:11-CV

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17 day of July, 20 14, at Santa Monica, California.

/s/ Jeff Dominic Price

Attorney for Plaintiff(s)

The above expenditure is __x__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: July 30, 2014

_____
United States District Judge