UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ALEXANDER, et al., | No. 2:11-cv-0640 TLN CKD |
| Plaintiffs, | |
| v. | ORDER |
| STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Currently calendared for hearing on October 21, 2015 is plaintiffs' motion to compel production of documents. Upon review of the parties' joint statement, the court concludes that this matter is not yet ripe for adjudication. The discovery in dispute was propounded on July 14, 2015. Defense counsel indicate that they have only recently received the responsive documents from their clients. While the boilerplate objections made to the document requests at issue are not acceptable, it appears at this juncture that further meeting and conferring, after an actual production of responsive documents, would narrow the issues for decision by the court.[1]

/////

/////

---

[1] The court notes that this action has not yet been scheduled by the District Court and that there is no pending discovery cut-off.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing date of October 21, 2015 is vacated. The matter is continued to November 18, 2015 at 10:00 a.m. in courtroom no. 24.

2. No later than October 23, 2015, defendants shall provide documents responsive to plaintiff's requests for production of documents, set no. 2, along with a privilege log for any withheld documents.

3. No later than October 30, 2015, the parties are directed to meet and confer in a face-to-face conference (video conferencing is acceptable) regarding the motion to compel; the parties shall exchange their parts of the proposed joint statement no later than November 4, 2015. The joint statement shall be filed no later than November 6, 2015. The joint statement shall be limited to 40 pages. The document requests and responses thereto may be set forth as a separate exhibit rather than being included in the substantive portion of the joint statement.

Dated: October 16, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 alexander0640.disc