UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ALEXANDER, et al., | No. 2:11-cv-0640 TLN CKD |
| Plaintiffs, | |
| v. | ORDER |
| STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Pursuant to the order filed November 19, 2015, defendants submitted documents for <u>in camera</u> review.[1] Upon review of the documents and the declarations submitted in support of the claim of official information privilege, upon review of the documents in support and opposition of the motion to compel, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

Defendants claim all of the documents submitted for <u>in camera</u> review are protected under the official information privilege.[2] This privilege is a qualified privilege and requires in the first

---

[1] For documents identified on the supplemental privilege log as CDCR 5979-CDCR 5988 (recorded interviews), defendants submitted a compact disc containing recordings of the subject interviews.

[2] For some of the documents, defendants have also asserted a variety of other privileges. In weighing whether production should be ordered, the court has considered all of the privileges

1

1 | instance that a proper foundation be laid by affidavit or declaration under penalty of perjury. <u>See</u>

2 | <u>Sanchez v. City of Santa Ana</u>, 936 F.2d 1027, 1033 (9th Cir. 1990); <u>see also</u> <u>Miller v. Pancucci</u>,

3 | 141 F.R.F. 292, 299-300 (C.D. Cal. 1992).  Defendants fail to meet this threshold burden.

4 | However, assuming arguendo that defendants' affidavits are sufficient to lay the foundation for

5 | invoking the official information privilege, upon balancing the respective interests of the parties,

6 | and considering the range of factors applicable in this case, the court finds disclosure of the

7 | documents submitted for <u>in camera</u> review is appropriate in this matter, subject to a protective

8 | order.  <u>See generally</u> <u>Kelly v. City of San Jose</u>, 114 F.R.D. 653, 663-68 (N.D. Cal. 1987).

9 |     Accordingly, IT IS HEREBY ORDERED that:

10 |     1.  Within fourteen days of the date of this order, defendants shall produce the documents

11 | submitted for <u>in camera</u> review (CDCR 5618-5996), including the compact disc containing

12 | recordings of the subject interviews (CDCR 5979-CDCR 5988).  For documents CDCR 5657-

13 | 5706, defendants may redact names of informants and those inmates listed as enemies or targets.

14 |     2.  Discovery produced pursuant to this order shall be produced in electronic format and shall

15 | be subject to the protective order entered concurrently with this order.

16 | Dated: December 8, 2015

17 |     _____
    |     CAROLYN K. DELANEY

18 |     UNITED STATES MAGISTRATE JUDGE

20 | 4 alexander0640.icr

28 | asserted by defendants.

2