

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jonathan N. Alexander et al.

    Plaintiff(s)

vs.

CA Dept. of Corrections & Rehab. et al.

    Defendants.

No. 2:11-CV-00640-TLN-CKD

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Jeff Dominic Price, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on September 12, 2013, by the Honorable Troy L. Nunley, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Rental car and fuel to drive to and from Deuel Vocational Institution, in Tracy, California, from Santa Monica, California, (636.8 miles, round trip) on November 13, 2015, for inspection of institution pursuant to demand for inspection of premises.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 259.17 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:11-CV-00640-TLN-CKD1:11-CV

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 523.31 | Deposition of Defendant Salinas in Portland, Oregon, in August 2014 | 523.31 |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19 day of February, 20 16, at Santa Monica, California.

/s/ Jeff Dominic Price

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 3/15/2016

United States District Judge/Magistrate

Carolyn K. Delaney
U.S. Magistrate Judge