UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS ALEXANDER et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CDCR et al.,<br><br>Defendants. | Case No. 11-CV-00640-TLN-CKD<br><br>[HON. TROY L. NUNLEY]<br><br>**ORDER RE STIPULATION TO STAY DISCOVERY AND CONTINUE DISCOVERY CUT-OFF, EXPERT DISCLOSURE AND EXPERT DISCOVERY CUT-OFF** |

The joint stipulation of the parties having come before this Court, and good cause appearing therefore,

IT IS HEREBY ORDERED

That, pursuant to the mediation session scheduled by the parties for May 26, 2016, all fact discovery is stayed until May 27, 2016.

IT IS FURTHER ORDERED that the dates and deadlines are hereby continued as follows:

\\
\\
\\

1

|  | Current | Requested |
|---|---|---|
| Discovery Cut-off | June 2, 2016 | September 12, 2016 |
| Initial Expert Witness Exchange Deadline | August 11, 2016 | October 3, 2016 |
| Rebuttal Expert Exchange Deadline | 20 days after disclosure | October 21, 2016 |
| Expert Discovery Cut-off |  | November 14, 2016 |
| Motions Hearing Deadline (Other than Motions *In Limine*) | December 8, 2016 | Unchanged |
| Filing of Joint Final Pretrial Conference Statement | March 2, 2017 | Unchanged |
| Pretrial Conference | March 9, 2017 at 2:00 p.m. | Unchanged |
| Trial | May 8, 2017 | Unchanged |

In the event the parties do not reach a settlement, a meet and confer shall be held within one week after the stay of any discovery pending at the time of this Order. At the meet and confer, the parties shall negotiate mutually agreeable dates and deadlines for the discovery in question.

Dated: April 6, 2016

Troy L. Nunley
United States District Judge

2