UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS ALEXANDER, individually and as personal representative of the ESTATE OF JONATHAN G. ALEXANDER, AMBER DAWN ALEXANDER, by and through her Guardian Ad Litem, JONATHAN NICHOLAS ALEXANDER, and JO'ANNA McLLELAND, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, a State of California agency, ARNOLD SCHWARZENEGGER, former Governor of the State of California, MATTHEW CATE, former Secretary of CDCR, S.M. SALINAS, former Warden, Deuel Vocational Institution, JERROD LOZANO, former Captain DVI, Correctional Officers J. REY, J. CERDA, F. ALONSO, M. FLESCH, R. ULLRIGH, C. WILSON, J. SILK, WOMACK and HOFFMAN, SGT. C. JOHNSON, LT. R. MUNOZ, LT. H. JOHNSON, A. OGBODO, R.N., C. GALANIS, R.N., and DOES 1-150, inclusive,<br><br>Defendants. | Case No. 2:11-CV-00640-TLN-CKD<br><br>**ORDER ON STIPULATION TO EXTEND THE DISCOVERY STAY AND DISCOVERY CUTOFF DATES** |

ORDER ON STIPULATION TO EXTEND THE
DISCOVERY STAY AND DISCOVERY
CUTOFF DATES

The joint stipulation of the parties having come before this Court, and good cause appearing therefore,

IT IS HEREBY ORDERED

That, pursuant to the further mediation session scheduled by the parties for August 16, 2016, all fact discovery is stayed until August 17, 2016, or until one day after the parties complete a further mediation session, whichever is earlier.

IT IS FURTHER ORDERED that the dates and deadlines are hereby continued as follows:

|  | *Current* | *Requested* |
|---|---|---|
| Discovery Cut-off | September 12, 2016 | October 10, 2016 |
| Initial Expert Witness Exchange Deadline | October 3, 2016 | October 24, 2016 |
| Rebuttal Expert Exchange Deadline | October 21, 2016 | November 7, 2016 |
| Expert Discovery Cut-off | November 14, 2016 | December 2, 2016 |
| Motions Hearing Deadline (Other than Motions *In Limine*) | December 8, 2016 | December 22, 2016 |
| Filing of Joint Final Pretrial Conference Statement | March 2, 2017 | Unchanged |
| Pretrial Conference | March 9, 2017 at 2:00 p.m. | Unchanged |
| Trial | May 8, 2017 | Unchanged |

In the event that the parties do not reach a settlement, a meet and confer shall be held within three days after the expiration of the stay regarding any discovery pending at the time of this Order. At the met and confer, the parties shall negotiate mutually agreeable dates and deadlines for the discovery in question.

ORDER ON STIPULATION TO EXTEND THE DISCOVERY STAY AND DISCOVERY CUTOFF DATES     2

IT IS SO ORDERED.

Dated: May 31, 2016

Troy L. Nunley
United States District Judge

ORDER ON STIPULATION TO EXTEND THE DISCOVERY STAY AND DISCOVERY CUTOFF DATES
3