UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS ALEXANDER et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CDCR et al., <br><br> Defendants. | Case No. 11-CV-00640-TLN-CKD <br><br> **ORDER GRANTING SERVICE OF PUBLICATION OF THIRD AMENDED COMPLAINT AND MOTIONS ON PLAINTIFFS AMBER ALEXANDER AND JOANNA McCLELLAND** |

GOOD CAUSE APPEARING, it is hereby ordered that service of: 1) the Third Amended Complaint in this matter; 2) Motion to Withdraw as Counsel of Record and Relieve Plaintiff Jonathan Nicholas Alexander as Guardian ad Litem; and 3) Motion to Dismiss Plaintiffs Amber Dawn Alexander and Joanna McClelland as plaintiffs in this lawsuit be made upon Amber Dawn Alexander and Joanna McClelland as follows:

As to Amber Dawn Alexander, by publication thereof in the *Chico News & Review*, a newspaper of general circulation published in Butte County, hereby

1

designated as the newspaper most likely to give notice to Amber Dawn Alexander; that said publication be made at least once a week for four successive weeks.

As to Joanna McClelland by publication in the *Sisikiyou Daily News*, a newspaper of general circulation published in Sisikiyou County, hereby designated as the newspaper most likely to give notice to Joanna McClelland; that said publication be made at least once a week for four successive weeks.

IT IS FURTHER ORDED that copies of: 1) the Third Amended Complaint in this matter; 2) Motion to Withdraw as Counsel of Record and Relieve Plaintiff Jonathan Nicholas Alexander as Guardian ad Litem; and 3) Motion to Dismiss Plaintiffs Amber Dawn Alexander and Joanna McClelland as plaintiffs in this lawsuit, be forthwith deposited in the United States Post Office, post-paid, directed to Amber Dawn Alexander and Joanna McClelland, if their addresses are ascertained before the expiration of time prescribed for the publication of the aforesaid complaint and motions and declaration of this mailing.

IT IS SO ORDERED.

Dated: September 1, 2016

Troy L. Nunley
United States District Judge