Jeff Dominic Price (SBN 165534)
E-mail: jeff.price@icloud.com
2500 Broadway, Suite 125
Santa Monica, California 90404
Telephone: (310) 451-2222

Ronald O. Kaye (SBN 145051)
E-mail: rok@kmbllaw.com
Caitlin S. Weisberg (SBN 262779)
Email: cweisberg@kmbllaw.com
KAYE, MCLANE, BEDNARSKI & LITT, LLP
234 East Colorado Boulevard, Suite 230
Pasadena, California 91101
Tel: (626) 844-7660 Fax: (626) 844-7670
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS ALEXANDER et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CDCR et al.,<br><br>Defendants. | Case No. 11-CV-00640-TLN-CKD<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

GOOD CAUSE APPEARING,

Plaintiff Jonathan Nicholas Alexander's Request to File Under Seal Exhibit A to the Declaration of Ronald O. Kaye In Support of Motion to Dismiss, generally described as: three pages of documents from the Dependency Court File of Joanna McClelland, Jonathan N. Alexander and Amber Alexander, is hereby GRANTED.

1

1    Said documents from the Dependency Court File of Joanna McClelland,
2  Jonathan N. Alexander and Amber Alexander, pages 1 - 3 will be sealed
3  indefinitely.  Only the court and court staff shall be permitted access to the
4  documents.

6  IT IS SO ORDERED.

7  Dated: September 9, 2016

_____
Troy L. Nunley
United States District Judge