UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS ALEXANDER et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CDCR et al., <br><br> Defendants. | Case No. 2:11-CV-00640-TLN-CKD <br><br> **ORDER FOR PLAINTIFFS' COUNSEL TO WITHDRAW AS COUNSEL OF RECORD FOR JOANNA ALEXANDER / McCLELLAND AND TO REMOVE PLAINTIFF JONATHAN N. ALEXANDER AS GUARDIAN AD LITEM FOR PLAINTIFF AMBER ALEXANDER** |

GOOD CAUSE APPEARING, the Motion to Withdraw as Counsel for Joanna Alexander / McClelland and to Remove Plaintiff Jonathan N. Alexander as Guardian ad Litem for Plaintiff Amber Alexander is GRANTED. Attorneys Jeff D. Price, Ronald O. Kaye, and Caitlin Weisberg are hereby relieved of representation

1

1 for Joanna Alexander / McClelland, listed in the Third Amended Complaint as
2 Jo'Anna McLeland, and Plaintiff Jonathan N. Alexander is hereby removed as
3 Guardian ad Litem for Plaintiff Amber Alexander.
4 IT IS SO ORDERED.

DATED: October 6, 2016

_____
Troy L. Nunley
United States District Judge