UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS ALEXANDER et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CDCR et al., <br><br> Defendants. | Case No. 2:11-CV-00640-TLN-CKD <br><br> **ORDER DISMISSING PLAINTIFF JOANNA ALEXANDER / McCLELLAND** |

Upon consideration of Plaintiffs' Motion to Dismiss Joanna Alexander / McClelland, IT IS HEREBY ORDERED that the motion is GRANTED on the grounds that Joanna McClelland lacks standing and has failed to appear and prosecute any claims in this action, and Plaintiff Joanna Alexander / Joanna McClelland, listed in the Third Amended Complaint as Jo'Anna McLeland, is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: October 6, 2016

Troy L. Nunley
United States District Judge