UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS ALEXANDER et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CDCR et al.,<br><br>Defendants. | Case No. 11-CV-00640-TLN-CKD<br><br>[HON. TROY L. NUNLEY]<br><br>**ORDER VACATING TRIAL AND ALL RELATED DATES** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:

The May 8, 2017 trial date is hereby vacated;

The Final Pre-trial Conference set for March 9, 2017 is hereby vacated;

All other trial related deadlines are hereby vacated.

IT IS SO ORDERED.

Dated: November 2, 2016

Troy L. Nunley
United States District Judge