UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS ALEXANDER et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CDCR et al., <br><br> Defendants. | Case No. 2:11-CV-00640-TLN-CKD <br><br> [HON. TROY L. NUNLEY] <br><br> **ORDER RE: STIPULATION TO DISMISS INDIVIDUAL DEFENDANTS WITHOUT PREJUDICE** <br><br> [Federal Rule of Civil Procedure 41(a)(1)(ii)] |

GOOD CAUSE APPEARING based on the stipulation of the parties, IT IS HEREBY ORDERED that the claims against the following individual (non-entity) defendants are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear his/her own fees and costs: Arnold Schwarzenegger, Matthew Cate, S.M. Salinas, Jeffrey Beard, Edmond G. Brown, Jr., J. Lozano, J. Rey, J. Cerda, F. Alonso, M. Flesch, R. Ullrich, C. Wilson, J. Silk, W. Womack, A. Hoffman, C. Johnson, R. Munoz, H. Johnson, A. Ogbodo, and C. Galanis.

IT IS SO ORDERED.

DATED: March 17, 2017

Troy L. Nunley
United States District Judge

1