# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS ALEXANDER et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CDCR et al., <br><br> Defendants. | Case No. 2:11-CV-00640-TLN-CKD <br><br> [HON. TROY L. NUNLEY] <br><br> **ORDER RE: STIPULATION TO DISMISS INDIVIDUAL DEFENDANTS WITH PREJUDICE** <br><br> [Federal Rule of Civil Procedure 41(a)(1)(ii)] |

GOOD CAUSE APPEARING based on the stipulation of the parties, the parties having entered into a settlement and release agreement that fully and finally resolves the above-captioned litigation, IT IS HEREBY ORDERED that the above-captioned case and all named and fictitious defendants thereto, including any and all individually-named defendants who were previously dismissed without prejudice, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear his/her own fees and costs.

IT IS SO ORDERED.

Dated: June 27, 2017

_____
Troy L. Nunley
United States District Judge

1